UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK MOORE,

                        Plaintiff,

        -v-

BOY SCOUTS OF AMERICA, et al.,

                        Defendants.

20 Civ. 1494 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the notice of removal in the above-captioned case. Consistent with defendants' request, the Court's present intention is not to take substantive action in this case, pending a determination by the Delaware District Court as to the venue for the trial of this and associated actions. The Court directs counsel to submit a joint letter every 60 days updating the Court on the status of the Pending Abuse Actions. The first such letter is due April 21, 2020.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: February 21, 2020
        New York, New York