UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
PATRICK MOORE,                                                     :
                                                                   :
                           Plaintiffs,                             :      20 Civ. 1494 (JPC)
                                                                   :
            -v-                                                    :      ORDER
                                                                   :
BOY SCOUTS OF AMERICA *et al.*                                     :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a status update from Defendant Boy Scouts of America dated December 3, 2021. Dkt. 21. It is hereby ORDERED that the parties shall submit a letter updating the Court on the status of this case within 60 days of the date of this Order or within seven days of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan, whichever is earlier.

SO ORDERED.

Dated: December 6, 2021
       New York, New York
                                                    _____
                                                         JOHN P. CRONAN
                                                       United States District Judge