

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York 10022
www.wiggin.com

Michael L. Kenny, Jr.
212.551.2628
212.551.2888 fax
mkenny@wiggin.com

**By ECF and e-mail to CronanNYSDChambers@nysd.uscourts.gov**

June 6, 2022

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

Re:   Moore v. Boy Scouts of America, et al., 1:20-cv-01494-JPC

Dear Judge Cronan:

Pursuant to this Court's order of February 4, 2022 (Dkt. 24), we write to update the Court on the status of this matter. The stay is still in place, pursuant to the terms of the Notice of Entry of the *Sixth Stipulation and Agreed Order* entered by the United States Bankruptcy Court for the District of Delaware on November 8, 2021, which was e-filed in this matter on December 3, 2021 (Dkt. 21). Accordingly, we do not believe that the Court should take any action at this time.

Respectfully submitted,

Michael L. Kenny Jr.

The parties shall submit a letter updating the Court as to the status of this case by August 8, 2022 or within seven days of the first omnibus hearing after the Bankruptcy Court issues its decision confirming or denying confirmation of the Plan, whichever is earlier.

SO ORDERED.

Date:   June 7, 2022
        New York, New York

_____
JOHN P. CRONAN
United States District Judge

CONNECTICUT  |  NEW YORK  |  PHILADELPHIA  |  WASHINGTON, DC  |  PALM BEACH