```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PATRICK MOORE,                                                         :
                                                                       :
                             Plaintiff,                                :
                                                                       :   20 Civ. 1494 (JPC)
               -v-                                                     :
                                                                       :   ORDER
BOY SCOUTS OF AMERICA et al.,                                          :
                                                                       :
                             Defendants.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 14, 2023, the Court directed the parties to file a status letter as to this case by May 15, 2023. Dkt. 36. That deadline has passed, and the docket does not reflect any status letter. Accordingly, the parties' deadline to file a joint status letter is adjourned to May 25, 2023.

SO ORDERED.

Dated: May 18, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge